CASES DECIDED DURING THE PERIOD EMBRACED IN THIS

VOLUME, WHICH ARE ORDERED NOT TO BE

REPORTED IN FULL.

---

### ANDERSON V. THE STATE.
*Crime.*
(Decided Dec. 17, 1908.)

APPEAL from Clarke Circuit Court.

Heard before Hon. JOHN T. LACKLAND.

WILSON & ALDRIDGE, for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

ANDERSON, J.—Judgment affirmed.

TYSON, C. J., DOWDELL and MCCLELLAN, J., concur.

---

### BIRMINGHAM RY. LIGHT & POWER CO V. CHASTANG.
*Damages.*
(Decided Dec. 17, 1908.)

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES A. SENN.

TILLMAN, GRUBB, BRADLEY & MORROW, for appellant. BOWMAN, HARSH & BEDDOW, for appellee.

Per curiam. Dismissed by agreement of parties.

---

### BIRMINGHAM RY. L. & P. CO. V. PHILLIPS.
*Damages.*
(Decided Jan. 21, 1909.)

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES A. SENN.

TILLMAN, GRUBB, BRADLEY & MORROW, for appellant. BOWMAN, HARSH & BEDDOW, for appellant.

Per curiam. Dismissed by agreement of parties.